[No. 35542-6-II.  Division Two.  February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN DUANE OTT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01523-9, Wm. Thomas McPhee, J., entered November 8, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35694-5-II.  Division Two.  February 26, 2008.]

LABCO, INC., *Appellant*, v. WESLEY E. NEWBURY, SR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-2-00234-9, F. Mark McCauley, J., entered November 13, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35762-3-II.  Division Two.  February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TODD CHESNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00260-1, Kenneth D. Williams, J., entered December 28, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35790-9-II.  Division Two.  February 26, 2008.]

BRIAN HALQUIST ET AL., *Appellants*, v. ROBERT C. FREEBY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-07403-1, Gary Tabor, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.